```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BLUEFIELD
```

KENNETH A. WHITE,

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:12-6374

EQUIFAX CREDIT INFORMATION
SERVICES, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

By Standing Order, this action was referred to United States Magistrate Judge R. Clarke VanDervort for submission of findings and recommendations regarding disposition pursuant to 28 U.S.C.A. § 636(b)(1)(B). Magistrate Judge VanDervort submitted to the court his Findings and Recommendation on June 20, 2013, in which he recommended that the district court grant plaintiff's "Motion to Dismiss With Prejudice Defendant Experian Information Services," dismiss plaintiff's complaint with prejudice as to Experian Information Services, and refer this matter back to the magistrate judge for further proceedings.

In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge VanDervort's Findings and Recommendation. The failure of any party to file such objections constitutes a waiver of such party's right to a

de novo review by this court.  Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

The parties failed to file any objections to the Magistrate Judge's Findings and Recommendation within the applicable time period.  Having reviewed the Findings and Recommendation filed by Magistrate Judge VanDervort, the court adopts the findings and recommendations contained therein.  Accordingly, the court hereby **GRANTS** plaintiff's "Motion to Dismiss With Prejudice Defendant Experian Information Services;" **DISMISSES** plaintiff's claims against Experian Information Services with prejudice; and **REFERS** this matter back to Magistrate Judge VanDervort for further proceedings.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to plaintiff, pro se, and counsel of record.

**IT IS SO ORDERED** this 4th day of September, 2013.

                ENTER:

                David A. Faber
                Senior United States District Judge